# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ADVANCED ENERGY INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MKS INSTRUMENTS, INC., and APPLIED ) <br> SCIENCE AND TECHNOLOGY, INC., ) <br> ) <br> Defendants. ) | C.A. No. 03-469 (JJF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Advanced Energy Industries, Inc. and MKS Instruments, Inc. hereby jointly stipulate to dismissal with prejudice of all claims and counterclaims asserted in this action. Each party will bear its own costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Thomas C. Grimm | /s/ Melanie K. Sharp |
| Thomas C. Grimm (No. 1098) | Melanie K. Sharp (No. 2501) |
| 1201 N. Market St. | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 575-7273 (telephone) | P.O. Box 391 |
| tgrimm@mnat.com | Wilmington, DE 19899-0391 |
|  | (302) 571-6681 (telephone) |
| ATTORNEYS FOR PLAINTIFF, | msharp@ycst.com |
| ADVANCED ENERGY INDUSTRIES, INC. |  |
|  | ATTORNEYS FOR DEFENDANTS, MKS |
|  | INSTRUMENTS, INC. AND APPLIED |
| OF COUNSEL: | SCIENCE AND TECHNOLOGY, INC |
| James P. Brogan |  |
| Chad T. Nitta | OF COUNSEL: |
| COOLEY GOODWARD LLP | Steven M. Bauer |
| 380 Interlocken Crescent, Suite 900 | David J. Cerveny |
| Broomfield, CO  80021 8023 | Jeremy P. Oczek |
|  | Kimberly A. Mottley |
| Stephen P. Swinton | PROSKAUER ROSE LLP |
| LATHAM & WATKINS LLP | One International Place |
| 600 West Broadway, Suite 1800 | Boston, MA 02110-2600 |
| San Diego, CA 92101-3375 |  |

Dated:  October 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed a true and correct copy of the foregoing document using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Thomas C. Grimm, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P. O. Box 1347
    Wilmington, DE 19899-1347

I further certify that on October 4, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following participants in the manner indicated:

### BY E-MAIL AND 1ST CLASS MAIL

    James P. Brogan, Esquire
    Craig A. Neugeboren, Esquire
    Cooley Godward LLP
    380 Interlocken Crescent, Suite 900
    Broomfield, CO 80021-8023

    Stephen P. Swinton, Esquire
    Latham & Watkins, LLP
    600 West Broadway, Suite 1800
    San Diego, CA 92101-3375

_____
Melanie K. Sharp (No. 2501)